IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–179 RS |
| Plaintiff, | **Order to Continue Status Hearing** |
| v. | |
| **Quincy Johnson,** | **Court:** Courtroom 3, 17th Floor |
| Defendant. | |

Therefore, for good cause shown the hearing currently scheduled on Tuesday, August 30, 2022, at 9:30 a.m. shall be vacated. The hearing shall be continued until September 27, 2022, at 9:30 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  8/17/2022

_____
RICHARD SEEBORG
United States District Judge