STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTA HALL (CABN 328881)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Christa.Hall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-cr-00179-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE STATUS HEARING AND EXCLUDE TIME FROM SEPTEMBER 27, 2022 TO OCTOBER 11, 2022 |
| v. | |
| QUINCY JOHNSON, | |
| Defendant. | |

    A status hearing in this case is currently scheduled for September 27, 2022. The parties request the status hearing be continued to October 11, 2022, for a further status conference or possible change of plea. With that, both sides further agree that the additional time is necessary for the effective preparation of counsel and continuing pretrial investigation and further negotiations.

    Therefore, the parties agree and jointly request that the status hearing on September 27, 2022, be continued to October 11, 2022, and that time between September 27, 2022, and October 11, 2022 be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

1 | 3161(h)(7)(A), (B)(iv).
2 |
3 |     IT IS SO STIPULATED.
4 | DATED: September 13, 2022            Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ *Christa Hall*
CHRISTA HALL
Assistant United States Attorney


 /s/ *Candis Mitchell*
CANDIS MITCHELL
Attorney for Defendant Quincy Johnson

STIPULATION AND ORDER CASE NO.
22-179 RS

**ORDER**

For the reasons stated above, the Court continues the status conference date from September 27, 2022 to October 11, 2022 and finds that the exclusion of time from September 27, 2022, through and including October 11, 2022, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 14, 2022

HON. RICHARD SEEBORG
United States District Court Judge