IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–179 RS |
| Plaintiff, | **Order To Continue Sentencing Hearing** |
| v. | |
| **Quincy Johnson,** | **Court:** Courtroom 3, 17th Floor |
| Defendant. | |

Therefore, for good cause shown the hearing currently scheduled on Tuesday, December 20, 2022, at 9:30 a.m. shall be vacated. The hearing shall be continued until January 24, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   December 14, 2022

_____
RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER TO CONTINUE HEARING
*JOHNSON*, CR 22–179 RS

1