UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>QUINCY JOHNSON,<br>          Defendant. | Case No. 22-cr-00179-RS-1<br><br>**ORDER REQUESTING RESPONSE** |

Within two weeks of the date of this order, the government is requested to file a response to defendant's motion (Dkt. No. 44).

**IT IS SO ORDERED**.

Dated: June 14, 2024

_____
RICHARD SEEBORG
Chief United States District Judge