UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>QUINCY JOHNSON,<br>            Defendant. | Case No. 22-cr-00179-RS-1<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE** |

Defendant Quincy Johnson, appearing *pro* per, seeks a reduction in his sentence pursuant to 18 U.S.C. §3582(c)(2) and USSG §1B1.10 of the U.S. Sentencing Commission Guidelines based on Amendment 821. Under that amendment, Johnson would have been assigned only one point for having committed the current offense while under a criminal justice sentence, rather than the two points previously assigned. Although Amendment 821 has been added to the list of amendments in USSG §1B1.10 that may be applied retroactively, reducing Johnson's total criminal history points by one point leaves him with a total of 18, still placing him well above the minimum threshold for Criminal History Category VI. There is therefore no change in the applicable guideline range, and Johnson is not entitled to a reduction in his sentence.

**IT IS SO ORDERED**.

Dated: June 28, 2024

_____
RICHARD SEEBORG
Chief United States District Judge